**MARGOLIS EDELSTEIN**
BY: Emery J. Mishky (EM-6337)
400 Connell Drive, Suite 5400
Berkeley Heights, NJ 07922-2775
(908) 790-1401
(908) 790-1486 (fax)
Attorney for Appellee, City of Long Branch
EJM/51150.5-00017
emishky@margolisedelstein.com
NJ Attorney ID No.: 022891986

NO. 16-2514

### IN THE UNITED STATES COURT OF APPEALS
### FOR THE THIRD CIRCUIT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Applicant,<br>v.<br><br>CITY OF LONG BRANCH,<br><br>　　　　Respondent. | **ORDER** |

THIS MATTER having been opened to the Court, and the Court having considered the matter and for good cause having been shown;

IT IS on this _____ day of _____, 2016,

ORDERED that the Appeal by EQUAL EMPLOYMENT OPPORTUNITY COMMISSION of Honorable Michael A. Shipp, USDJ's Order dated March 18, 2016 is Denied; and

IT IS FURTHER ORDERED that a copy of this Order shall be served upon all parties in interest within _____ days of the date hereof.

_____